Kathleen M. Hartman (Bar No. 219934)
*khartman@ctsclaw.com*
**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
2601 Main Street, Suite 800
Irvine, California 92614
Tel: (949) 261-2872
Fax: (949) 261-6060

Attorneys for Defendant,
**JNR INCORPORATED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SNADER, BRAD MARKS, and WAHID SIBOU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>JNR Incorporated,<br><br>Defendant. | Case No.: 8:22-cv-02254-FWS-ADS<br><br>JUDGE: HON. Fred W. Slaughter<br>DEPARTMENT: Courtroom 10D<br>COMPLAINT DATE: 12/16/2022<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: December 29, 2022<br>Current response date: January 19, 2023<br>New Response Date: February 17, 2023<br><br>DISCOVERY CUT OFF:   NONE<br>MOTION CUT OFF:      NONE<br>FSC DATE:            NONE<br>TRIAL DATE:          NONE |

1  Defendant JNR, Inc., by and through its counsel, and Plaintiffs Thomas Snader,
2  Brad Marks, and Wahid Sibou, by and through their counsel, hereby stipulate to the
3  following:
4      1.    Counsel for JNR, Inc. accepted service of the Complaint on December
5  29, 2022.
6      2.    The response to the Complaint is currently due January 19, 2023.
7      3.    The Parties agree to extend the date to Respond to the Complaint to
8  February 17, 2023, which is less than 30 days from the initial response date.
9      4.    This is the first request to extend the date to respond to the Complaint.

IT IS SO STIPULATED.

Respectfully submitted,

**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**

DATED: January 17, 2023

By: *s/ Kathleen M. Hartman*
Kathleen M. Hartman
Attorneys for Defendant,
**JNR INCORPORATED**

**BOCHETTO AND LENTZ, P.C.**

DATED: January 17, 2023

By: *s/ Ryan Kirk*
Ryan Kirk
Attorneys for Plaintiffs,
**THOMAS SNADER, BRAD MARKS, and WAHID SIBOU**

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA   )
                      )
COUNTY OF ORANGE      )

I am employed in the County of Orange, State of California, I am over the age of 18 years and not a party to the within action; my business address is 2601 Main Street, Suite 800, Irvine, California.

On this date, January 17, 2023, I served the foregoing document described as:

**STIPULATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

__X__   (By electronic service) I hereby certify that on January 17, 2023, I caused a complete and accurate copy of the foregoing to be served via this Court's CM/ECF notification system, which will electronically serve all participants in this case.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 17, 2023, at Irvine, California.

/s/ Nancy Mercado
NANCY MERCADO

## **SERVICE LIST**

Case Name   : Snader, et al. v. JNR Incorporated
Court       : United States District Court, Central District of California
Case Number : 8:22-cv-02254-FWS-ADS

| | |
|---|---|
| Kolin C. Tang<br>MILLER SHAH LLP<br>19712 MacArthur Blvd., Suite 222<br>Irvine, CA 92612<br><br>T: (866) 540-5505<br>Email: kctang@millershah.com | Attorneys for **PLAINTIFFS** |
| George Bochetto<br>Ryan Kirk<br>BOCHETTO AND LENTZ, P.C.<br>1524 Locus St.<br>Philadelphia, PA 19102<br><br>T: (215) 735-3900<br>F: (215) 735-2455<br>Email:<br>gbochetto@bochettoandlentz.com<br>rkirk@bochettoandlentz.com | Attorneys for **PLAINTIFFS** |
| James C. Shah<br>MILLER SHAH LLP<br>1845 Walnut St., Suite 806<br>Philadelphia, PA 19103<br><br>T: (866) 540-5505<br>Email: jcshah@millershah.com | Attorneys for **PLAINTIFFS** |