JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SNADER, BRAD MARKS, and WAHID SIBOU, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> vs. <br><br> JNR INCORPORATED, <br><br> Defendant. | Case No.: 8:22-cv-02254-FWS-ADS <br><br> **ORDER GRANTING DISMISSAL WITH PREJUDICE** <br><br> Action Filed: December 16, 2022 |

Pursuant to the stipulation of Plaintiffs Thomas Snader, Brad Marks, and Wahid Sibou and Defendant JNR Incorporated, IT IS HEREBY ORDERED THAT this action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice as to Plaintiffs Thomas Snader, Brad Marks, and Wahid Sibou, individually, and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own fees and costs.

DATED: April 12, 2024

_____
HON.  FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE